ROSE F. PACHELLA, PLAINTIFF-PETITIONER, v. ROGERS TRAILER PARK, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Arthur A. Donigian* for the petitioner.

*Mr. Charles L. Bertini, Mr. Alfred W. Kiefer* and *Messrs. Huckin & Huckin* for the respondents.

May 4, 1960.   Denied.

MOLLIE LIEBESKIND, PLAINTIFF-RESPONDENT, v. METAL FRAME AQUARIUM COMPANY, DEFENDANT-PETI-TIONER.

See same case below: 58 *N. J. Super.* 504.

*Messrs. Boyd, Dodd, Keer & Booth* for the petitioner.

May 4, 1960.   Denied.